UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on September 28, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Marcia A Harris

Case No.: 18-23981-SLM

Hearing Date: September 28, 2018

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form:     Followed    x  Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER CONVERTING CASE TO CHAPTER 11

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 28, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

      A motion or application having been filed on  August 21            , 20 18  by  Debtor, Marcia A. Harris, by and through her counsel, Walter Nealy, Esq.            for entry of an order as set forth above, the Court having considered all of the papers submitted, along with any arguments of counsel, for the reasons set forth on the record on September 28, 2018 and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied with prejudice.

      The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*