UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on September 28, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

   Marcia A Harris

Case No.:    18-23981-SLM

Hearing Date:    September 28, 2018

Judge:    Stacey L. Meisel

Chapter:    13

Recommended Local Form:    ☐ Followed    x Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER
## CONVERTING CASE TO CHAPTER 11

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 28, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on  August 21         , 20 18  by  Debtor, Marcia A. Harris, by and through her counsel, Walter Nealy, Esq.         for entry of an order as set forth above, the Court having considered all of the papers submitted, along with any arguments of counsel, for the reasons set forth on the record on September 28, 2018 and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied with prejudice.

The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Marcia A Harris  
     Debtor

Case No. 18-23981-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.  
db          +Marcia A Harris,    477 Elkwood Terrace,    Englewood, NJ 07631-1937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Milica A. Fatovich    on behalf of Unknown Role Type Donald V. Biase mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           Walter D. Nealy    on behalf of Debtor Marcia A Harris nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
           Walter D. Nealy    on behalf of Creditor    Wells Fargo Bank, N.A. nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
           William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                               TOTAL: 9