Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23981−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marcia A Harris
  477 Elkwood Terrace
  Englewood, NJ 07631

Social Security No.:
  xxx−xx−0437

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/13/2018 and a confirmation hearing on such Plan has been scheduled for 9/26/2018.

The debtor filed a Modified Plan on 10/22/2018 and a confirmation hearing on the Modified Plan is scheduled for 11/28/2018 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

  A full copy of the modified Plan will follow this notice.

Dated: October 23, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23981-SLM
Marcia A Harris                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 23, 2018
                              Form ID: 186             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db              +Marcia A Harris,    477 Elkwood Terrace,    Englewood, NJ 07631-1937
517641514       +Bergen County Sheriff,    10 Main Street,    Hackensack, NJ 07601-7042
517641515       +Powers Kirn, LLC,    728 Manne Hwy Ste 200,    Moorestown, NJ 08057-3128
517641516      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                  Cedar Rapids, IA 52408)
517695429       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
517641517       +Wells Fargo Bank , NA,    4101 Wiseman Blvd. T7416-023,    San Antonio, TX 78251-4200
517701741        Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
517756887        Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                  1000 Blue Gentian Road,    Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 00:19:08     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 00:19:05     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
none           +E-mail/Text: dbiase@iq7technology.com Oct 24 2018 00:20:14     Donald V. Biase,
                  Biase Associates,    110 Allen Raod,   Suite 304,   Basking Ridge, NJ 07920-4500
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Milica A. Fatovich    on behalf of Unknown Role Type Donald V. Biase mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Marcia A Harris nealylaw@gmail.com,
               r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
              Walter D. Nealy    on behalf of Creditor    Wells Fargo Bank, N.A. nealylaw@gmail.com,
               r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 9